# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHRISTIAN J. WOOD,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CASE NO. 03-CV-298-TCK-FHM** |
| § | |
| **CENDANT CORPORATION and** § | |
| **AVIS GROUP HOLDINGS, INC.,** § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

This case was tried to the Court without a jury on April 20-21, 2006 and April 24-27, 2006. The Court issued its Opinion and Order, in accordance with Federal Rule of Civil Procedure 52, containing the Court's Findings of Fact and Conclusions of Law on July 20, 2006. The Court's Findings of Fact and Conclusions of Law are expressly incorporated herein by reference. In its Opinion and Order, the Court concluded that judgment should be entered in favor of Defendants and against Plaintiff.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Judgment is hereby entered in favor of Cendant Corporation and Avis Group Holdings, Inc. and against Plaintiff Christian J. Wood.

**IT IS SO ORDERED this** 14th day of August, 2006

*Terence Kern*

**TERENCE KERN**
**UNITED STATES DISTRICT JUDGE**